UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ZICHAO GAO,

                          Plaintiff,

      v.

Scott Velez, DEPUTY DIRECTOR, DEPARTMENT
OF HOMELAND SECURITY, Todd Blanche,
ACTING U.S. ATTORNEY GENERAL, Joseph B.
Edlow, DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES, Markwayne Mullin, U.S.
SECRETARY OF HOMELAND SECURITY, and
NEBRASKA SERVICE CENTER, USCIS

                       Defendants.

-------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Civil Action No.
1:26-cv-3797

(Garaufis, J.)

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
       August 6, 2026

                            By:        _____*/s/ Jason Jia*_____
                                        Jason Jia
                                        Jia Law Group, P.C.
                                        88 Pine Street, 18th FL

**So Ordered.**

  s/Nicholas G Garaufis, USDJ

Hon. Nicholas G. Garaufis
Date: 8/6/26

                                      New York, NY 10005
                                      347-897-6199
                                      jason.jia@jiaesq.com